IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IVA JEAN SMITH,

  *Plaintiff*,

v.

OCWEN-LOAN SERVICING LLC,

  *Defendant*.

Civil Action No. ELH-15-00424

## ORDER

For the reasons stated in the accompanying Memorandum, it is this 6th day of July, 2015, by the United States District Court for the District of Maryland, ORDERED that plaintiff's suit is DISMISSED, without prejudice, for failure to serve process upon defendant within the time required by Fed. R. Civ. P. 4(m).

The Clerk is directed to CLOSE this case.

/s/
Ellen Lipton Hollander
United States District Judge